UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. LOGAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE FARM,<br><br>　　　　　Defendant. | Case No. 4:17-cv-03031-KAW<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 11 |

On July 27, 2017, the Court dismissed Plaintiff Charles W. Logan's original complaint with leave to amend pursuant to 28 U.S.C. § 1915(e)(2), as he failed to state a claim upon which relief may be granted. (Dkt. No. 9.) On August 14, 2017, Plaintiff filed a first amended complaint, which suffers from the same deficiencies as the original complaint. (First Am. Compl., "FAC," Dkt. No. 11.) Specifically, it is unclear from the facts alleged how the district court has jurisdiction over the subject matter, particularly given that the attachments imply that the case stems from a car accident. It is also unclear who the defendants are, aside from State Farm, and which claims are alleged against them.

In light of the foregoing, pursuant to its authority under 28 U.S.C. § 1915(e)(2), the Court dismisses Plaintiff's first amended complaint with leave to amend. Plaintiff shall file the second amended complaint no later than **October 6, 2017** or the case may be dismissed with prejudice. Plaintiff is asked to restrict the facts in the second amended complaint to the car accident, and refrain from general allegations of a government conspiracy.

In amending his complaint, Plaintiff is again referred to the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment. While the Help Desk cannot represent Plaintiff, a licensed attorney may assist

him with determining which claims are potentially actionable, as well as how to properly format the second amended complaint so that the causes of action are properly pled. Appointments are available at the San Francisco and Oakland courthouses. <u>Plaintiff is advised that the failure to state a claim in the second amended complaint may result in the entire case being dismissed.</u>

Additionally, the case management conference noticed for October 17, 2017 is continued to **November 14, 2017** at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California. The case management conference statement is due by **November 7, 2017**.

IT IS SO ORDERED.

Dated: September 14, 2017

KANDIS A. WESTMORE
United States Magistrate Judge